UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: **17-21734-CIV-MORENO**

SHLOMY DIAMONT and SARA LIPSKAR,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Enforce Settlement with Incorporated Memorandum of Law **(D.E. 14)**, filed on **July 15, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 28)** on **December 16, 2020**. The Court has reviewed the entire file and record. The Court further notes that no objections to the Report and Recommendation have been filed, and the time do so has passed. Rather, it appears that Defendant is not contesting the Report and Recommendation's findings and conclusions, as the Defendant filed a Notice of Consent to Plaintiff's Entitlement to Attorneys' Fees **(D.E. 29)**, indicating that "the only matter remaining to be resolved in this action is the determination of the amount of reasonable attorneys' fees and costs to which Plaintiffs are entitled." Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Enforce Settlement with Incorporated Memorandum of Law is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of January 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record